# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

149367

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CHAD MICHAEL MILLER,
           Plaintiff-Appellee,

v

MELISA R. STOTHERS,
           Defendant-Appellant.

SC: 149367
COA: 320305
Genesee CC: 02-239376-DP

_____/

On order of the Court, the application for leave to appeal the March 31, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



Clerk

p0917